UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**JUDGE WILLIAM J. MARTINI**               **DATE:** 1/28/20

Court Reporter: Karen Friedlander

Court Clerk: Gail Hansen

Other:

                                                   2:18-cr-00179-2

United States

v. Lincoln Warrington


**Appearances:**

AUSA Margaret Mahoney & Rachel Honig
Richard Levitt & Nicholas Kaiser, Counsel for Warrington

**NATURE OF PROCEEDINGS: SENTENCING HEARING**


**LINCOLN WARRINGTON:**

Imprisonment: 12 months 1 day
Supervised Release: 3 years
Special Conditions:
1. New Debt Restrictions
2. Financial Disclosure
3. Cooperation with the Internal Revenue Service
4. Self-Employment/Business Disclosure
5. Supporting Dependents
Special Assessment: $100 due immediately
Defendant shall voluntarily surrender to a facility as designated by the Bureau of Prisons
Defendant advised of his right to appeal
Counts 2 – 6 dismissed upon application of the gov't - Granted


                                        Gail A. Hansen, Deputy
Time Commenced: 10:00 a.m.
Time Concluded: 1:00 p.m.
Total Time: 3 hours