UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------X
UNITED STATES OF AMERICA    :
                            :         **ORDER**
          v.                :
                            :         18-CR-00179 (WJM)
LINCOLN WARRINGTON,         :
                            :
          *Defendant*       :
------------------------------------------------X

Upon the June 30, 2020 telephonic application of Richard Levitt and Nicholas Kaizer, Attorneys for Defendant LINCOLN WARRINGTON, and in the absence of any objection from the government, IT IS HEREBY ORDERED THAT the release conditions of LINCOLN WARRINGTON shall be, and are, modified as follows:

(1) LINCOLN WARRINGTON'S surrender to the Bureau of Prisons to serve the custodial component of his sentence shall be continued from July 21, 2020.

(2) LINCOLN WARRINGTON shall surrender to the Bureau of Prisons to serve his custodial sentence on Wednesday, September 9, 2020, no later than 2:00 PM.

(3) None of the other conditions of LINCOLN WARRINGTON'S bond and release shall be modified by this Order and he will continue to be subject to GPS monitoring.

SO ORDERED:

_____
HON. WILLIAM J. MARTINI
UNITED STATES DISTRICT JUDGE

Dated: 6/30/20