UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-------------------------------------------X
UNITED STATES OF AMERICA         :
                                                :           ORDER
       v.                                  :
                                               :           18-CR-00179 (WJM)
LINCOLN WARRINGTON,         :
                                               :
              *Defendant*      :
-------------------------------------------X

Upon the July 15, 2020 application of Nicholas Kaizer, Attorney for LINCOLN WARRINGTON, the defendant herein, and in the absence of any objection from the government or United States Pretrial Services, IT IS HEREBY ORDERED THAT the release conditions of the defendant LINCOLN WARRINGTON be modified as follows:

(1) LINCOLN WARRINGTON shall be permitted to travel to Philadelphia, Pennsylvania on Sunday, July 19, 2020;

(2) LINCOLN WARINGTON shall return to New Jersey the same day;

(3) LINCOLN WARRINGTON, shall report to Pretrial Services as requested; and

(4) None of the other conditions of LINCOLN WARRINGTON'S release shall be modified by this Order and he will continue to be subject to GPS monitoring.

SO ORDERED:

_____
HON. WILLIAM J. MARTINI
UNITED STATES DISTRICT JUDGE

Dated: 7/16/20