TRULINCS 71560050 - WARRINGTON, LINCOLN - Unit: FTD-V-A

----

FROM: 71560050
TO: Warrington, Sharon
SUBJECT: COVER LETTER THE HONORABLE JUDGE WILLIAM J.MARTINI
DATE: 03/03/2021 02:36:19 PM

DISTRICT COURT
OF NEW JERSEY
RECEIVED

2021 MAR 12 A 10: 55

united states district court

50 walnut street
newark,new jersey 07102

Honorable Judge William J.martini                    _crim.no.18-179 (w j m)

i have copied my law firm levitt and kaizer with a copy of this personal note - and i have sent a copy of the

envelope as "Proof" i copied both the U.S Attorneys Office,et al- 970 Broad Street Suite 700,Newark NJ 07102

and levitt and kaizer 40 Fulton Street   - 23rd Floor_NY NY 10038-5077.

Respectfuly Submitted

isi Lincoln Warrington

Lincoln   Warrington

Date: 03/04/2021 A.D

United States District Court
District of New Jersey
United States Courthouse
500 Walnut Street
Newark, New Jersey 07102

a Personal Note - From - Lincoln Warrington

Your Honor - I, Lincoln Warrington, humbly come before you - as a man Fearful of contracting COVID-19 - at FCI, Fort Dix - camp - A-Side (dorm) - a Contaminated Cesspool your Honor - having said the above - paragraph - as to a matter of Life and Death - I do Not want this - Court to think that I, Lincoln Warrington is
(a) Attempting to side step my one year and one day Sentence and this Personal Note - is Not a challenge to - the Sentence Nor the Conviction - but
(b) your Honor - I fully believe and feel in my heart that this Court imposed a Sentence - to Compensate as punishment for my actions - but
    (i) this Court would never sentence me to the possibility of Contracting COVID-19 - my sentence was a deterrent - From future - legal Problems - therefore
(c) your Honor, I, Lincoln Warrington, want to be on the record Pleading for Home Confinement in my final months of my sentence - as Protection From - a Cesspool - breeding the possibility of me - Contracting - COVID-19 as a matter of Material Facts - but First - I, want to address - my Law Firm -
(d) At issue - your Honor - I am Not attempting to disregard the Law Firm of levitt and Kaizer 40 Fulton Street 23rd Floor NY, NY 10038-5077 I believe they have - seen this Cesspool - in a totally different light after - all they are human - but do Not have to live in a Contaminated environment - that breeds death everyday - because - Living at Fort Dix - camp - is a nightmare every minute of the day - and I will provide - a perfect example
    (ii) Let's say - a mother has one child with the chicken pox or the measles - if
    (iii) She allows her other kids to be around the one child - with

1 of 4

either the chicken pox or the measles - those
   (iv) kids will be infected with either the chicken pox or measles therefore
(e) At issue - your Honor - that mother unless - she wants the other kids - to be infected - would properly - separate the remaining kids - from - the infected kid - as a safety measure but
   (v) As I detail to the Law firm of <u>Levitt and Kaizer</u> FCI, Fort Dix - has failed to maintain me, <u>Lincoln Warrington</u> in a safe environment - with my medical condition - and as the Law firm <u>Levitt and Kaizer,</u> mentioned this very Fact but
     (1) Failed to make the connection - that FCI, Fort Dix - camp - is a breeding cesspool for COVID-19 - even though
     (2) I gave the Law Firm - a very detailed accounting of specific and verifiable - day to day occurrences - that maybe the Law firm - did Not understand - I do Not blame - them - for
(f) At issue - they do Not live here at FCI, Fort Dix - camp - Nor are they at high risk - Are they Not at home - Are they Not in a position to take precaution - Are they Not in position to maintain social - distancing - Are they Not able to exercise - but
     (3) Most important - your Honor - they are in complete control of the Factors - to be safe - even though - they could catch COVID-19 - but
     (4) they Failed to realize - that I, <u>Lincoln Warrington</u> with the medical condition - do Not control these Factors
(g) at issue - there is No social distancing - and this cannot ever be achieved - there is Not enough space - and
     (5) when inmates - wanted to put up - blankets or sheets to shield themselves - from - the person next to them - No more then 3 feet away - breathing the same - stale and stagnant air - because there is Not clear, fresh air - we are in an enclosed - <u>area</u> - therefore - this becomes - a breeding, infectious - cesspool - and given the Fact there is
   (vi) - a bed right behind - majority of the beds in the dormitory - you - cannot put up - a sheet Nor blanket to again shield - that person - breathing - on - you - Further
(h) At issue - on - a somber and sad Note - was Not Myron Crosby - the

inmate at this very camp - A-Side dormitory that had acute - medical conditions - was forced to live in these conditions - and let's be open and honest your Honor

(6) At the end of the day - Myron Crosby - died - a preventable death - because

(i) At issue - your Honor - Look at how he was forced to live - he had a breathing - machine - Had - he been sent to Home Confinement Myron Crosby - would have been - in a much better position to protect himself - this is all I Lincoln Warrington, am asking - to be placed into a safe environment - and

(7) of very Importance - Myron Crosby - was in his early fifties - same as me - Late forties to early fifties - I did Not know Myron Crosby - but I am told - How he - planned to play with his grand kids - be with his family and kids - but Now

(vii) that can Never be - Myron Crosby is dead - a preventable death - as far as FCI, Fort Dix - camp - the toxic environment - a Cesspool - of dangerous - conditions - even the Now - demoted Warden David Ortiz - admitted - as such - but - your Honor

(8) Does Not David Ortiz - still have life - still has a pay check and a pension - but what does Myron Crosby Family have - a bunch of lies - a bunch of misrepresentations - because

(j) At issue - once - Myron Crosby - tested positive - he and the other inmates - were removed From the camp - and taken to a building on the west compound - building 5851 - a building that had been closed for at least 2 years - a building - that - has dust, mold, brown - running water - and again stale and stagnant air - and

(9) the inmates - had to clean this building - FCI, Fort Dix - just sent over - inmates - without any prior - "cleansing" - and

(k) At issue - these conditions were worse than the camp - therefore

(l) At issue - had Myron Crosby - been sent home - with his medical conditions - the environment - would have been different therefore

(m) At Issue - the response - From the government as to my request for home Confinement - Never mentions these severe and Cesspool - conditions - and

(viii) the government's attempt to state that the death of an inmat - Not mentioning Myron Crosby - was minor given the large inmate

population at FCI, Fort Dix - However

   (ix) Any death - your Honor - is unacceptable - when the medical staff - ignores - such - medical conditions - when - it was avoidable - and senseless - Myron Crosby - should be at home - under Home Confinement - My final thoughts - your Honor

(n) At issue - Am I, Lincoln Warrington, under the same horrific conditions - and do I Not have - medical conditions - but

   (x) the B-Side (dorm) of this - camp - all tested Positive - yet - without any blood work - FCI, Fort Dix - claimed the B-Side - to have the anti-bodies - medically this makes No sense - and

   (xi) to make matters worse - the B-Side inmates - are - Now - going to work - at Specific buildings at FCI, Fort Dix - I ask

    (10) Us - inmates - were - isolated - the question of Fact - How did the camp - the Low - get infected - From staff - going and coming back and forth - therefore

    (11) the B-Side - Inmates - are at risk for the New strain of COVID-19 - and will bring it back to the camp -

(o) At issue - we all - A-Side and B-Side - have the facilities at the camp - a Cesspool of damage - there is No separation - Further

    (12) FCI, Fort Dix brought 15 New inmates to the A-Side and we do Not know - any of the testing - of the 15 inmates - and

    (13) Are Not the conditions - the same - same cesspool - therefore

(p) At issue - your Honor - you do Not have the Power to bring back Myron Crosby - but you - have the power to grant me Home Confinement as to my last few months - where - your Honor - you - cannot comfort Myron Crosby's Family, Home Confinement allows me life - and to raise my kids and to be around for my grand kids - be a Husband and Father - thank you - your Honor - For a chance at life

Date: March 4, 2021

Respectfully Submitted

*Lincoln Warrington*
Lincoln Warrington







WARRINGTON
50
FT DIX
Institution
2000 CAMP 6695
SE MAL, NT 08640

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
UNITED STATES COURTHOUSE
50 WALNUT STREET
NEWARK, NEW JERSEY 07102

XRAYED

CERTIFIED MAIL
7020 0090 0002 3307 7998

U.S. POSTAGE PAID
FCM LG ENV
JOINT BASE MDL, NJ
08640
MAR 09, 21
AMOUNT
$0.00
R2305M146244-07

07102